#61007

FILED
2011 MAR 31 PM 12:59
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
CANTON

UNCLAIMED FUNDS

MARCH 30, 2011

05-65163    DAVID LANCE
            JENNIFER LANCE
            CREDITOR DID NOT CASH CHECK
            CHECK #485325 FOR $95.52
            EAST CANTON MEDICAL CENTER
            DR SARAH CHAE
            PO BOX 30099
            CANTON, OH  44730-0099

05-65163    DAVID LANCE
            JENNIFER LANCE
            CREDITOR DID NOT CASH CHECK
            CHECK #485326 FOR $24.51
            CARDIOVASCULAR, INC
            PO BOX 74300
            CLEVELAND, OH  44194-0002

06-60070    JOHN WISENBARGER
            TANA WISENBARGER
            CREDITOR DID NOT CASH CHECK
            CHECK #485327 FOR $.51
            FIRST EXPRESS
            PO BOX 856021
            LOUISVILLE, KY  40285

```
    0 · *
   95 · 52 +
   24 · 51 +
    0 · 51 +
  120 · 54 *
```